No. 80–1670. DEPARTMENT OF AGRICULTURE OF GEORGIA ET AL. *v.* SMITH. C. A. 5th Cir. Certiorari denied. JUSTICE STEWART and JUSTICE BLACKMUN would grant certiorari.

No. 80–1686. MEAD CORP. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ET AL. (ADAMS EXTRACT CO. ET AL., REAL PARTIES IN INTEREST). C. A. 5th Cir. Certiorari denied. JUSTICE STEWART and JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–6483. MATTISON *v.* SEARS, ROEBUCK & Co. C. A. 10th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–6506. FLEMING *v.* AUSTIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–1381. CISSNA ET UX. *v.* AMMAN ET AL., 450 U. S. 1042;

No. 80–1415. MURPHY *v.* EAGEN, JUSTICE, PENNSYLVANIA SUPREME COURT, ET AL., 451 U. S. 910;

No. 80–1473. STEVENSON *v.* STEVENSON, 451 U. S. 911;

No. 80–5757. DAVIS *v.* GEORGIA, 451 U. S. 921;

No. 80–6211. MAKARA *v.* BRITISH PETROLEUM CORP., 451 U. S. 914;

No. 80–6300. JOHN *v.* JOSEPH, 451 U. S. 941; and

No. 80–6428. HEIMERLE *v.* UNITED STATES, 451 U. S. 942. Petitions for rehearing denied.